UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JONATHAN WILLIAM DECKER, D.O.,

Defendant.
_______________________________________/

INDICTMENT
**PENALTY SHEET**

**COUNT 1** - Conspiracy to Distribute Controlled Substances – 21 U.S.C. §§ 841(a)(1), 846

**Maximum penalty:** Not more than 20 years imprisonment and a maximum fine of $1,000,000.
[21 U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 3 years and not more than life
21 U.S.C. § 841(b)(1)(C)]
**Special Assessment**: $100 [18 U.S.C. § 3013(a)(2)(A)]
**Forfeiture**

**COUNTS 2-11** – Distribution of Controlled Substances – 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

**Maximum penalty**: Not more than 20 years imprisonment and a maximum fine of $1,000,000.
[21 U.S.C. § 841(b)(1)(C)]
**Supervised Release**: Not less than 3 years and not more than life [21 U.S.C. § 841(b)(1)(C)]
**Special Assessment**: $100 [18 U.S.C. § 3013(a)(2)(A)]
**Forfeiture**

Date: May 13, 2025

/s/ Ryan K. Elsey
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

Submitted in accordance with Admin Order 17-MS-046