UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN WILLIAM DECKER,

Defendant.
_______________________________/

Case No. 1:25−cr−00066−PLM

Hon. Paul L. Maloney

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | February 22, 2027 01:30 PM |
| District Judge: | Paul L. Maloney |
| Place/Location: | 174 Federal Building, Kalamazoo, MI |

PAUL L. MALONEY
United States District Judge

Dated: October 1, 2026

By: /s/ Amy C. Redmond
Case Manager